In the United States Southern District Court of Iowa

Petition

Case # SRIN035869
SMSM051667
Re: NTA0080504
STA0080503
SMSM051405

Person filing,
Mitchell David Schlote

Concerning,
State of Iowa
Iowa Department of Public Safety
Iowa State Patrol
Iowa State Patrol Officer Brian Meislahn
City of Ottumwa
Wapello County District Court
Judge Susan Cole
Wapello County Magistrate Court
Judge Misty White
Ottumwa Police Department
Officer Becky Bolin
Wapello County Sheriff Department
Deputy Miguel Torres

**RECEIVED**
SEP 17 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

I, Mitchell David Schlote am representing myself in filing this petition. I am filing this petition due to retaliation all stemming from an incident that occurred 12/28/24 where someone had attempted to take my life and rear ended me 4 times. I was unlawfully charged with two minor traffic citations both of which I am not guilty of, which are Case # NTA0080504 and STA0080503. The Wapello County District Court and State of Iowa/City of Ottumwa/Wapello County authorities has been working against me at attempting to cover this incident up.

    On 06/02/25 I was unlawfully arrested and unlawfully accused of being intoxicated in public by the Ottumwa Police Department Case #SMSM051405. This should have never occurred, I should never had to go to court over this. This charge was out of retaliation.

    On 08/30/25 I was unlawfully arrested for failure to appear on the SMSM051405 which again was out of retaliation. Therefore the unlawful arrest never should have occurred. Which means the illegal search and seizure should have never occurred and I never should have been charged with the two case's # SRIN035869 and SMSM051667.

    I would like all cases listed above dismissed and removed from my record. I also would like compensation for the pain and suffering I have went through for the past 9 months. I ask the court review my previous petitions filed for each case with this one as well. I would like to file a remedy petition after review by the court. Thank you for your time.

Signed 08/12/25
Mitchell David Schlote

Mitchell David S[...]
526 North Green Street
Ottumwa IA 52501

12 SEP 2025 PM 2 L

X-RAYED & CLEARED BY U.S.M.S. GC

US District Courts
Southern District Court of Iowa
123 E Walnut St.
Des Moines IA 50309

50309-204075